**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JESSICA HUTCHESON                                                             PLAINTIFF

V.                  CASE NO. 4:20-CV-1204-JM-BD

DOES                                                              DEFENDANTS

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

Plaintiff Jessica Hutcheson filed this lawsuit without the help of a lawyer. (Doc. No. 1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On October 22, 2020, Ms. Hutcheson was given 30 days to notify the Court of her new address, after her mail was returned to Court as undeliverable. (Doc. No. 5) The

Court specifically cautioned Ms. Hutcheson that her claims could be dismissed if she failed to comply with the Order. (Doc. No. 5) As of this date, she has not notified the Court of her current address, as ordered, and the time allowed for doing so has expired.

### III.  Conclusion

The Court recommends that Ms. Hutcheson's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's October 22 Order.

DATED this 30th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE