IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSICA HUTCHESON                                                                   PLAINTIFF

V.                         CASE NO. 4:20-CV-1204-JM-BD

DOES                                                                                DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Hutcheson's claims are DISMISSED, without prejudice, based on her failure to comply with the Court's October 22, 2020 Order.

IT IS SO ORDERED, this 22nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE